AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2026

SEAN F. McAVOY, CLERK

MATTHEW R.,                                   )
_____               )
              *Plaintiff*                     )
                                              )     Civil Action No.   2:25-cv-487-EFS
              v.                              )
                                              )
FRANK BISIGNANO,                              )
Commissioner of Social Security,
_____
              *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The ALJ's nondisability decision is AFFIRMED.
              Judgment is entered in favor of the Defendant.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    EDWARD F. SHEA

Date:   06/09/2026                          CLERK OF COURT


                                            s/Sean F. McAvoy
                                            *Signature of Clerk*